IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT SULLINS**  **PLAINTIFF**
**ADC # 151971**

v.   CASE NO: 2:22CV00008-JM

**EVANS, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 7th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE